# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141130

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TERRANCE DEVON SEYMOUR,
     Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141130
COA: 296964
Kent CC: 08-010407-FC

_____/

     On order of the Court, the application for leave to appeal the April 21, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

s0830